JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSEBROCK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DONNA BEITER, DIRECTOR OF THE VETERANS ADMINISTRATION GREATER LOS ANGELES HEALTHCARE SYSTEM, in her official capacity; RONALD MATHIS, CHIEF OF POLICE OF THE VETERANS ADMINISTRATION GREATER LOS ANGELES HEALTHCARE SYSTEM, in his official capacity.<br><br>Defendants. | NO. CV 10-01878 SJO (SSx)<br><br>**JUDGMENT** |

This matter came before the Court on Defendants Donna Beiter and Ronald Mathis (collectively, "Defendants") and Plaintiff Robert Rosebrock's ("Plaintiff") separate Motions for Summary Judgment, filed on October 18, 2010 and October 25, 2010, respectively. (Docket Nos. 32, 37.) After full consideration of all admissible evidence and documents submitted, the Court granted in part and denied in part Defendants' and Plaintiff's Motions for Summary Judgment.

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor |
| 2 | of Plaintiff on his First Amendment claim. |
| 3 | IT IS SO ORDERED. |
| 5 | Dated: June 7, 2011. |

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE